# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128802

GLENN PRATER,
   Plaintiff-Appellant,

v

YUCEL SEZGIN, M.D.,
   Defendant,

and

PRONATIONAL INSURANCE COMPANY,
   Garnishee Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128802
COA: 255768
Jackson CC: 01-004758-NH

_____/

   On order of the Court, the application for leave to appeal the April 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121